| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | CARRIE A. GONELL (SBN 257163) |
| 2 | cgonell@morganlewis.com |
| | CHRISTOPHER M. ROBERTSON (SBN 139449) |
| 3 | crobertson@morganlewis.com |
| | 5 Park Plaza, Suite 1750 |
| 4 | Irvine, CA 92614 |
| | Tel:   949.399.7000 |
| 5 | Fax:   949.399.7001 |
| 6 | Attorneys for Defendant |
| | JPMORGAN CHASE BANK, N.A. |
| 7 | |
| | BLUMENTHAL, NORDREHAUG & BHOWMIK |
| 8 | NORMAN B. BLUMENTHAL (SBN 068687) |
| | norm@bamlawlj.com |
| 9 | KYLE R. NORDREHAUG (SBN 205975) |
| | kyle@bamlawlj.com |
| 10 | APARAJIT BHOWMIK (SBN 248066) |
| | aj@bamlawj.com |
| 11 | PIYA MUKHERJEE (SBN 274217) |
| | piya@bamlawlj.com |
| 12 | 2255 Calle Clara |
| | La Jolla, CA 92037 |
| 13 | Tel:   858.551.1223 |
| | Fax:   858.551.1232 |
| 14 | |
| | Attorneys for Plaintiff |
| 15 | DANIEL MAES |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL MAES, an individual, on behalf of himself, and on behalf of all persons similarly situated, | | Case No. 12-CV-0782 JAH MDD |
| | Plaintiff, | **JOINT MOTION FOR (1) LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT AND (2) AMENDMENT OF DEFENDANT'S ANSWER** |
| | vs. | |
| JPMORGAN CHASE BANK, a New York Corporation; and, CHASE HOME FINANCE LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive, | | Assigned to:   Hon. John A. Houston |
| | | Mag. Judge:   Hon. Mitchell D. Dembin |
| | | Complaint Filed:   February 3, 2012 |
| | Defendants. | Trial Date:   Not Set |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 23139290.1

Joint Motion for Leave to File FAC
Case No. 12-CV-0782 JAH MDD

1  WHEREAS, Plaintiff Daniel Maes ("Plaintiff") filed a Complaint on February 3, 2012 in the Superior Court of California, County of San Diego;

2  WHEREAS, on March 29, 2012, Defendant JPMorgan Chase Bank, N.A. ("Defendant") filed its Answer to Plaintiff's Complaint;

3  WHEREAS, on March 30, 2012, Defendant removed this case to the United States District Court, Southern District of California.

4  WHEREAS, Plaintiff sent notice of alleged Labor Code violations pursuant to the Private Attorneys General Act of 2004, Labor Code Section 2699 ("PAGA"), to the Labor and Workforce Development Agency (the "LWDA") on February 29, 2012;

5  WHEREAS, on April 4, 2012, the LWDA notified Plaintiff that it does not intend to investigate the alleged Labor Code violations;

6  WHEREAS, the parties have agreed that (1) Plaintiff may file the proposed First Amended Complaint, attached hereto as Exhibit #1, which adds an additional claim for relief under PAGA; and (2) Defendant's previously-filed Answer to Plaintiff's original Complaint, as amended to include Defendant's defenses to Plaintiff's newly-proposed PAGA claim which are attached hereto as Exhibit #2, shall be deemed responsive to Plaintiff's First Amended Complaint.

7  NOW, THEREFORE, Plaintiff and Defendant, through their respective counsel of record, stipulate to: (1) Plaintiff filing the First Amended Complaint, attached hereto as Exhibit #1, as the operative Complaint; and (2) Defendant's previously-filed Answer to Plaintiff's original Complaint, as amended to include Defendant's defenses to Plaintiff's newly-proposed PAGA claim which are attached hereto as Exhibit #2, being deemed responsive to Plaintiff's First Amended Complaint.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE
DB2/ 23139290.1
1
Joint Motion for Leave to File FAC
Case No. 12-CV-0782 JAH MDD

| | | |
|---|---|---|
| 1 | Dated: April **26**, 2012 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By /s/ Carrie A. Gonell |
| 4 | | CARRIE A. GONELL<br>Email: cgonell@morganlewis.com |
| 5 | | Attorneys for Defendant<br>JPMORGAN CHASE BANK, N.A. |
| 6 | Dated: April **30** 2012 | BLUMENTHAL, NORDREHAUG & BHOWMIK |
| 7 | | |
| 8 | | By /s/ Piya Mukherjee |
| 9 | | PIYA MUKHERJEE<br>Email: piya@bamlawlj.com |
| 10 | | Attorneys for Plaintiff<br>DANIEL MAES |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 23139290.1

2

Joint Motion for Leave to File FAC
Case No. 12-CV-0782 JAH MDD