1  **BLUMENTHAL, NORDREHAUG & BHOWMIK**
   Norman B. Blumenthal (State Bar #068687)
2  Kyle R. Nordrehaug (State Bar #205975)
   Aparajit Bhowmik (State Bar #248066)
3  Piya Mukherjee (State Bar #274217)
   2255 Calle Clara
4  La Jolla, CA 92037
   Telephone: (858)551-1223
5  Facsimile: (858) 551-1232
   Firmsite: www.bamlawca.com
6
   Attorneys for Plaintiff
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAES, an individual, on behalf of himself, and on behalf of all persons similarly situated, | Case No. **12-CV-0782 JAH MDD** |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| JPMORGAN CHASE BANK, a New York Corporation; and, CHASE HOME FINANCE LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive, | |
| Defendants. | |

## **CERTIFICATE OF SERVICE [F.R.C.P. §5]**

I am a citizen of the United States and a resident of the State of California. I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2255 Calle Clara, La Jolla, California 92037. On October 31, 2012, I served the document(s) described as below in the manner set forth below:

**(1) JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE**
**(2) PLAINTIFF'S MEMORANDUM IN SUPPORT OF JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE**
**(3) DECLARATION OF PIYA MUKHERJEE IN SUPPORT OF JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE**
**(4) DECLARATION OF ALEXANDER L. GRODAN IN SUPPORT OF DEFENDANT JPMORGAN CHASE BANK, N.A.'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**
**(5) DECLARATION OF SHARON YOUNG IN SUPPORT OF DEFENDANT JPMORGAN CHASE BANK, N.A.'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

_XX_ (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Southern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

_**XX**_ (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 31, 2012 at San Diego, California.

*/s/Piya Mukherjee*
Piya Mukherjee

G:\D\Dropbox\Pending Litigation\JPMorgan Chase - Maes\Compel\p-pos-j-motion-extend-compel-deadline-10-31-12.wpd