BLUMENTHAL, NORDREHAUG & BHOWMIK
Kyle R. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
Piya Mukherjee (SBN 274217)
piya@bamlawca.com
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff

MORGAN, LEWIS & BOCKIUS LLP
ERIC MECKLEY (SBN 168181)
emeckley@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAES, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, a New York Corporation; and, CHASE HOME FINANCE LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:12-cv-00782-JAH-MDD<br><br>**JOINT MOTION FOR DISMISSAL PER F.R.C.P. 41(a)(1)**<br><br>**Hon. John A. Houston** |

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Irvine

DB2/ 24855323

JOINT MOTION FOR DISMISSAL
3:12-CV-00782-JAH-MDD

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), **IT IS HEREBY STIPULATED AND AGREED** by and among Plaintiff Daniel W. Maes Jr. ("Plaintiff") and Defendant JPMorgan Chase Bank N.A. ("Defendant") (together as the "Parties"), through their undersigned respective counsel, as follows:

All claims asserted in this Action shall be, and hereby are, voluntarily dismissed.  Plaintiff's individual claims (including his individual claims for alleged penalties under the California Private Attorneys General Act (the "PAGA")) are dismissed WITH PREJUDICE.  The alleged putative class action claims and alleged representative action claims under the PAGA are dismissed WITHOUT PREJUDICE.

The Parties shall bear their own respective attorneys' fees and costs of suit incurred in connection with this Action and its dismissal.

All parties that have appeared in this action have consented and agreed to the dismissal with prejudice pursuant to this Stipulation, and accordingly the parties are permitted to file this joint motion for dismissal "without a court order" pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO STIPULATED.**

Dated: May 23, 2014        BLUMENTHAL, NORDREHAUG & BHOWMIK

By  */s/ Aparajit Bhowmik*
Aparajit Bhowmik
Attorneys for Plaintiff
DANIEL MAES

Dated: May 23, 2014        MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Eric Meckley*
Eric Meckley
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE
DB2/ 24855323

1

JOINT MOTION FOR DISMISSAL
3:12-CV-00782-JAH-MDD