# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAES, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, a New York Corporation; and, CHASE HOME FINANCE LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:12-cv-00782-JAH-MDD<br><br>**ORDER OF DISMISSAL PER F.R.C.P. 41(a)(1)** |

Having considered the parties' joint motion for dismissal pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and good cause appearing therefore, **IT IS HEREBY ORDERED** that all claims asserted in this Action are **DISMISSED**. Plaintiff's individual claims (including his individual claims for alleged penalties under the California Private Attorneys General Act (the "PAGA")) are **DISMISSED WITH PREJUDICE**. The alleged putative class action claims and alleged representative action claims under the PAGA are **DISMISSED WITHOUT PREJUDICE**.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 25121806.1

[PROPOSED] ORDER OF DISMISSAL
3:12-CV-00782-JAH-MDD

The Parties shall bear their own respective attorneys' fees and costs of suit incurred in connection with this Action and its dismissal.

Dated: May 27, 2014

_____
HONORABLE JOHN A. HOUSTON
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Irvine

DB2/ 25121806.1

1

[PROPOSED] ORDER OF DISMISSAL
3:12-CV-00782-JAH-MDD